

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on April 21, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court